IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALONZO F. BEARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAMDEN COUNTY CORRECTIONS,<br><br>　　　　Defendant. | Civil Action<br>No. 16-7449 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

　　Plaintiff Alonzo F. Beard seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

　　According to the application submitted by Plaintiff, Plaintiff earns $800 per week. *Id.* After taking into consideration the listed monthly expenses which total $1,840, it appears Plaintiff is able to pay the $350 filing fee and $50 administrative fee. His application to proceed *in forma pauperis* is therefore denied. This matter shall be administratively terminated pending submission of the filing and administrative fees.

　　An appropriate order follows.

**December 28, 2016**　　　　　　　　　　s/ Jerome B. Simandle
Date　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge